### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v.  § | **CASE NO.: EP-22-CR-01321-DCG** |
| § | |
| **JOVANY PEREZ-RAMIREZ** § | |

## MOTION FOR EXPEDITED SENTENCING HEARING

Comes now, JOHN L. WILLIAMS, attorney for the Defendant in the above-styled and numbered case, and files this Motion for Expedited Sentencing Hearing. Defendant plead guilty on August 30, 2022. U.S. Probation has indicated that Defendant qualifies for an expedited Presentence Investigation Report. Defendant respectfully requests that the Court set this case for an expedited sentencing hearing.

Respectfully submitted,

/s/ *John L. Williams*
**JOHN L. WILLIAMS**
TX. STATE BAR NO. 21554150
Attorney for Defendant
1119 E. SAN ANTONIO
EL PASO, TEXAS 79901
(915) 533-9016 PHONE
(915) 532-1928 FAX
EMAIL: jlwilliams1119@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2022, a copy of the filing was sent to the following attorney through the electronic delivery system:

Victoria Crosby
Assistant U.S. Attorney
U.S. Attorney's Office
700 E. San Antonio, Suite 200
El Paso, Texas 79901

/s/ *John L. Williams*
**JOHN L. WILLIAMS**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CASE NO.: EP-22-CR-01321-DCG** |
| | § | |
| **JOVANY PEREZ-RAMIREZ** | § | |

**ORDER ON MOTION FOR EXPEDITED SENTENCING HEARING**

On this day came to be considered Defendant's Motion for Expedited Sentencing Hearing. It is hereby ORDERED that this matter be set for Sentencing Hearing on the ___ day of _____ at _____ ____ m. .before this Court for a Sentencing Hearing.

SIGNED ON THIS ____ DAY OF SEPTEMBER, 2022.

_____
**JUDGE DAVID C. GUADERRAMA**